In the Matter of JOSEPH R. GARRETT, Respondent, against S. EARL McDERMOTT, as Commissioner of Public Safety of the City of Cohoes, et al., Appellants.

Argued May 15, 1939; decided May 31, 1939.

*John Doherty, Corporation Counsel (James Conboy* of counsel), for appellants.

*Daniel H. Prior* for respondent.

Order affirmed, with costs; no opinion.

Concur: CRANE, Ch. J., LEHMAN, HUBBS, LOUGHRAN, FINCH and RIPPEY, JJ. Taking no part: O'BRIEN, J.